[No. 50452-5-I.  Division One.  September 22, 2003.]

P.E.V.'S, INC., *Respondent*, v. JEFFREY MITCHELL KURTTI, ET AL., *Appellants*.

JEFFREY MITCHELL KURTTI, ET AL., *Appellants*, v. GORDON BOONE, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-14453-7, James A. Doerty and Terence Lukens, JJ., entered January 9 and April 12, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 50544-1-I.  Division One.  September 22, 2003.]

*In the Matter of the Marriage of* EDWARD MICHAEL EVANS, *Respondent*, and TERRI L. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-01304-5, Julie Spector, J., entered May 7, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50589-1-I.  Division One.  September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FRIZZELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01867-6, Linda Lau, J., entered June 5, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50615-3-I.  Division One.  September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY TERMAINE DILLWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01723-3, Dale B. Ramerman, J., entered January 16, 2003. *Affirmed* by unpublished per curiam opinion.